In the Matter of MAUDE B. WETHERBY et al., Appellants. FENTON STATE SAVINGS BANK, as Executor of ELSIE W. SNOW, Deceased, et al., Respondents.

(Argued January 5, 1932; decided February 9, 1932.)

*Murle L. Rowe* for appellants.

*Joseph C. White* for Fenton State Savings Bank, as executor of Elsie W. Snow, deceased, et al., respondents.

*Carl E. Darling* for Kittie Wright, as executrix of John W. Wright, deceased, respondent.

*William H. Hurley* for Sarah A. Lay, respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.